RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 09 2015

Abel Acosta, Clerk

Trial Court No.1334182
COA Case No. 01-13-00838-CR
PD-0284-15

Date 8-31-2015

From:

**IN THE TEXAS COURT OF CRI-
MINAL APPEALS**

§
§
§
§
§
§

Finley Wright
#01879190
Telford Unit
3899 State Hwy.98
New Boston, TX 75570

**Emergency Request To Be Granted Until Dec. 15th, 2015 To File The PDR Due To Unlawful Interference With My Access To Courts By Telford Unit Law Library Employee(Ms. Sharp), & Repeated Lockdowns That Prevented The Pro-Se Petitioner From Filing The PDR**

To The Honorable Judges Of The Texas Court Of Criminal Appeals:

I the Petitioner, Finley Wright, humbly and respectfully request the above said extension to file my PDR based on the reasons stated in the title.

I currently have step 1 grievances filed against Ms. Sharp based on a denial of my constitutional rights to "meaningful access to the courts. Although this honorable Court has granted me the last extension to June 1st, 2015, Ms. Sharp of the Telford Unit Law Library has consistently denied me access to the courts before,and every day after that date. Specifically:

1: I was housed in medium custody prior to June 1st, 2015 and unable to attend the law library unless I was gi-ven a pass to go. **I can not just leave medium custody to go to law library without out violating prisom policy. And becoming a security risk.**

2: Every day I sent I-60(request slips) **to the law library seeking permission to go to law library.**

3: Instead of processing my request fulfilling her ministerial duty to provide me access to the courts, and a pass to go to the law library, **SHE SIMPLY REFUSED BY THROWING MY REPEATED REQUEST IN THE GARBAGE.**

p.1 of 4

FILED IN
COURT OF CRIMINAL APPEALS

SEP 11 2015

Abel Acosta, Clerk

4. Which resulted in me never being granted access to to the law library in order to obtain the knowledge to file the PDR well before June the 1st, 2015.

5. The blatant denial by Ms. Sharp continues. She did lay me in once to argue with me about why I am threating to file a §1983 against her. Which is in the process now. I must first go through the Step 1 & 2 grievance system to exhaust institutional remedies prior to filing the §1983 against Ms. Sharp.

**Also** prior to June the first and leading up to June the first there was a administrative lockdown due to a riot that broke out on 8 building where I was housed at the time. In that situation the law library staff(Ms. Sharp) is supposed to bring requested law library material(law books, case law, etc.) to inmates upon request. **Ms. Sharp entirely refused to bring me anything though surveliance cameras display her bringing legal material to certain other inmates on those days.** That lockdown was caused by a white inmate being stabbed by a mexican,and then the white guy stabbed the mexican who may or may not have died. The administration kept that secret to prevent more gang war. As a result the mexicans on B-side 8 building decided to attack all the whites which resulted in white guy getting jumped on by about 10 mexicans in 8J-2 section on B-side. **I lived in that section at that time in 8J-31Top Bunk.** The entire section was locked down. I still sent request to law library but all access for me was denied by Ms. Sharp. It was not long after that that on another section of this unit an officer was **killed by a crazy spanish inmate which resulted in another extended lockdown. That murder was the first in TDCJ of an officer for many years and became national news.** Thus access to the courts was further im-

peded. Back to back problems on this unit **due to no fault of my on. The riot only affected B-side. The death of the officer caused a disciplinary lockdown for both A, & B side.** All the time I was denied access to the courts.

I have been moved to A-side, yet Ms. Sharp still repeatedly denies me access to the courts. When she did lay me in to argue with me about complaining on her and making repeated attempt to write her up, she angrily told me **"I'm tired of ya'll guilty people trying to overturn ya'll convictions, I think a few of ya'll innocent, maybe 4 or 5 out of a hundred, but the rest of ya'll deserve to be here and access to the courts was not made for guilty people like you. So if you dom't like it then write a grievance."**

The sad part is I am innocent, and have a right, the same right a guilty man has to meaningful access to the courts. See Bounds v. Smith, 430 U.S. 817,828(1977).

Prayer

My grievance is before the grievance board against Ms. Sharp yet over the last15 days she has answered none of my request to go to law library, since the officer was killed here they have recently changed both Wardens. I await an answer on my grievances and have requested the remedy to my grievance be that I be granted entry into the law library, and that I be allowed to make up for all of the lost law library time, by being granted the right to do extra time every day. Still no response. Please in the interest of justice grant me until Dec. 15th, 2015 to file my PDR. I will file it the best I can as soon as I am

allowed access to the law library. THANKYOU. At **minimum please** **notify me** quickly of your decision **to grant or** deny this reque- st. **So that I can** take **whatever action I should to satisfy** this court. **Sorry that I am going through this, yet it is** not **my fault.** The fact of **my pending grievance against Sharp, as** well as verification of the lockdowns explained above can all be verified by calling this Unit and reading them what I have written here. I thankyou in advance for **whatever** decision you make.

Respectively Submitted,

Finley Wright
#01879190
Telford Unit
3899  State Hwy.98
New Boston, TX  75570
